# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ALLEN WIMBERLEY,<br><br>            Petitioner,<br><br>  v.<br><br>JAMES A. YATES,<br><br>            Respondent. | 1:06-CV-00279 OWW LJO HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br>[Doc. #14]<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS<br>[Doc. #1]<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      On July 26, 2006, the Magistrate Judge issued Findings and Recommendation that recommended Respondent's motion to dismiss the petition be GRANTED for failure to exhaust state remedies, and the petition be DISMISSED.  The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment.  The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

      On August 14, 2006, Petitioner filed objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file and having considered the objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis, and there is no need to modify the Findings and Recommendations based on the points raised in the objections.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued July 26, 2006, is ADOPTED IN FULL;

2. Respondent's Motion to Dismiss is GRANTED;

3. The Petition for Writ of Habeas Corpus is DISMISSED; and

4. The Clerk of Court is DIRECTED to enter judgment for respondent and against petitioner.

IT IS SO ORDERED.

**Dated:   August 25, 2006**                    **/s/ Oliver W. Wanger**
emm0d6                                                         UNITED STATES DISTRICT JUDGE